UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BEVERICK AND CINDY BEVERICK, husband and wife,<br><br>        Plaintiffs,<br><br> v.<br><br>CHELAN COUNTY, ANGEL HALLMAN AND JOHN DOE HALLMAN, husband and wife, DOE DEFENDANTS 1-10,<br><br>        Defendants. | NO: 2:19-CV-0276-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Voluntary Dismissal (ECF Nos. 8, 9). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 25, 2019.



*s/ Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 2